# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN DE WIT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM SERVICES, LLC, a Delaware corporation; and DOES 1 through 10, inclusive<br><br>Defendants. | CASE NO. 5:24-cv-01185-SSS-DTB<br><br>Hon. David T. Bristow<br><br>[~~PROPOSED~~] ORDER<br><br>**NOTE CHANGES MADE BY THE COURT** |

On October 24, 2024, the parties entered into a Stipulated Protective Order (the "Protective Order"). The court, having considered the Protective Order and finding good cause, hereby GRANTS the Protective Order.

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated: October 25, 2024

_____
HONORABLE DAVID T. BRISTOW
United States Magistrate Judge

PROPOSED ORDER