JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN DE WIT, as an individual,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM SERVICES LLC, a Delaware corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 5:24-cv-01185-AH-(DTBx)<br><br>**FINAL JUDGMENT** |

     The Court, having considered the papers and all other matters presented and accepted by the Court, GRANTED Defendant Amazon.com Services LLC's ("Defendant") Motion for Summary Judgment based on its finding that were no triable issues of material fact as to the causes of action alleged by Plaintiff Bryan De Wit ("Plaintiff") against Defendant, as outlined in the Court's Order.

     IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. Defendant's Motion for Summary Judgment is GRANTED.
2. Plaintiff shall take nothing on its Complaint against Defendant.
3. Judgment is hereby entered in favor of Defendant and against Plaintiff.

This is a final judgment.

Dated:  July 21, 2025

_____
HON. ANNE HWANG
UNITED STATES DISTRICT JUDGE